# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Aryee Henderson, aka Aryee Henderson #59105 <br> *Plaintiff* <br> v. <br> Mr. Fedd, Food Service Director, IV, Capt. Franklin Richardson, Lt.Evony Shaw, Sgt. West, Lt. Scott, and Cpl Sheppard <br> *Defendant* | Civil Action No.  4:17-cv-287-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case dismissed without prejudice for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  July 19, 2018

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*